IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Phillip Cary Brantley,

    Plaintiff(s),

vs.

Citimortgage,

    Defendant(s).

Case Number: 1:16cv960

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 6, 2017 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 21, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion to dismiss is GRANTED and the bankruptcy appeal is DISMISSED as moot.

IT IS SO ORDERED.

          ___s/Susan J. Dlott_____
          Judge Susan J. Dlott
          United States District Court